**Ramata A. HILL, Plaintiff–Appellant,**

v.

**FULTON COUNTY, GEORGIA, a local government, which is sued through the Chair of the Fulton County Commission, and the individual who holds that position in his official capacity, John H. Eaves, is sued in his official capacity as Chair of the the Fulton County Board of Commissioners, Jacqueline Barrett, former Sheriff of Fulton County, is sued individually and in her official capacity as Sheriff of Fulton County, Georgia Myron Freeman, current Sheriff of Fulton County, Georgia is sued individually and in his official Capacity, Defendants–Appellees,**

**John and Jane Doe(s) administrators, and deputies of the Fulton County, Georgia, Sheriff's Department and or Fulton County, Georgia, are sued in their individual and official capacities, jointly and severally, Defendants.**

No. 09–14849

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2010.

John P. Batson, Augusta, GA, for Plaintiff–Appellant.

Nikisha L. McDonald, Office of the Fulton Count Attorney, Atlanta, GA, for Defendants–Appellees.

Before HULL, MARTIN and FAY, Circuit Judges.

PER CURIAM:

After review and oral argument, the Court concludes the Plaintiff–Appellant has not shown reversible error in the district court's order dated August 14, 2009 granting summary judgment to the Defendants–Appellees. Accordingly, we affirm the final judgment of the district court in favor of Defendants on Plaintiff's Complaint.

AFFIRMED.